UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60217-DIMITROULEAS/HUNT
CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

JAMES EDWARD MILLER, JR. and
LETRAVEYA JEFFERSON,

Defendants.
_____/

FILED BY ___BM___ D.C.
Sep 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES
### (18 U.S.C. § 1029(b)(2))

From in or around ~~June~~ @ July 2020, through in or around January 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JAMES EDWARD MILLER, JR. and
LETRAVEYA JEFFERSON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to commit violations of Title 18, United States 1029(a)(2), namely, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards issued in the names of other individuals, during any one-year period, and by such conduct obtain a thing of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States

Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following acts, among others:

1. From in or around ~~June~~ July 2020, through in or around January 2021, co-conspirators submitted fraudulent applications to the California Employment Development Department for Unemployment Insurance benefits to be loaded onto Bank of America debit cards.

2. From in or around ~~June~~ July 2020, through in or around January 2021, co-conspirators caused Bank of America debit cards in victims' names to be sent to addresses in Lauderhill and Fort Lauderdale connected to **JAMES EDWARD MILLER, JR.**

3. In or around September 2020, **JAMES EDWARD MILLER, JR.** and **LETRAVEYA JEFFERSON** shared Bank of America debit cards loaded with fraudulently obtained unemployment insurance funds.

4. On or about September 13, 2020, **JAMES EDWARD MILLER, JR.** withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using debit card ending in 6795 issued in the name of "R.U."

5. On or about September 15, 2020, co-conspirator 1 withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 6795 issued in the name of "R.U."

6. On or about September 19, 2020, co-conspirator 1 withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 4246 issued in the name of "S.P."

7. On or about September 21, 2020, **LETRAVEYA JEFFERSON** withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 4246 issued in the name of "S.P."

8. On or about September 22, 2020, **LETRAVEYA JEFFERSON** withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 0726 issued in the name of "E.G."

9. On or about September 22, 2020, **JAMES EDWARD MILLER, JR.** withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 4246 issued in the name of "S.P."

10. On or about September 24, 2020, **LETRAVEYA JEFFERSON** withdrew $1,000 from a Bank of America ATM in Fort Lauderdale, Florida using a debit card ending in 8792 issued in the name of "D.L."

All in violation of Title 18, United States Code, Section 1029(b)(2).

### COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From in or about July, 2020, continuing through on or about September 24, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JAMES EDWARD MILLER, JR. and
LETRAVEYA JEFFERSON,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards issued in the name of other individuals, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

3

## COUNTS 3-7
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JAMES EDWARD MILLER, JR. and
LETRAVEYA JEFFERSON,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, debit cards issued in the name of other individuals, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

|   |   |   |   |
|---|---|---|---|
| 3 | 09/13/2020 | **JAMES EDWARD MILLER, JR.** | Debit card account number ending in 6795 issued in the name of R.U. |
| 4 | 09/21/2020 | **LETRAVEYA JEFFERSON** | Debit card account number ending in 8792 issued in the name of D.L. |
| 5 | 09/21/2020 | **LETRAVEYA JEFFERSON** | Debit card account number ending in 0726 issued in the name of E.G. |
| 6 | 09/22/2020 | **JAMES EDWARD MILLER, JR.** | Debit card account number ending in 4246 issued in the name of S.P. |
| 7 | 09/24/2020 | **LETRAVEYA JEFFERSON** | Debit card account number ending in 8792 issued in the name of D.L. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE
## 18 U.S.C. § 982(a)(2)(B)

1.  The allegations in Counts 1 and 2 are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property

in which one or more of the defendants, **JAMES EDWARD MILLER, JR.**, and **LETRAVEYA JEFFERSON** have an interest.

2. Upon conviction of any offense charged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds that the defendants obtained, directly or indirectly, as a result of such violation and any personal property that the defendants used or intended to be used to commit the offenses, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 1029(c)(2).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ANDRES E. CHINCHILLA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-60217-DIMITROULEAS/HUNT**

v.

JAMES EDWARD MILLER, JR. and
LETRAVEYA JEFFERSON,
_____/
             Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [x] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
ANDRES E. CHINCHILLA
Assistant United States Attorney
SDFL Court ID No.  A5503151

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: JAMES EDWARD MILLER, JR.

**Case No**: _____

Count #: 1

Conspiracy to Use Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)
* **Max. Term of Imprisonment: Five Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**


Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)
* **Max. Term of Imprisonment: Ten Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**

Counts #: 3, 6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment: Two Years, Consecutive to Any Other Term of Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): Two Years**
* **Max. Supervised Release: One Year**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**

\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: LETRAVEYA JEFFERSON

**Case No**: _____

Count #: 1

Conspiracy to Use Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)
* **Max. Term of Imprisonment: Ten Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**

Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)
* **Max. Term of Imprisonment: Twenty Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**

Counts #: 4, 5, 7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment: Two Years, Consecutive to Any Other Term of Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): Two Years**
* **Max. Supervised Release: One Year**
* **Max. Fine: $250,000 or Twice the Gross Gain or Twice the Gross Loss**

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**